No. 39,274

STATE OF KANSAS, ex rel., HAROLD R. FATZER, Attorney General of the State of Kansas, et al., *Appellees,* v. JOHN DOE, doing business as MUTUAL FINANCE COMPANY, et al., *Appellants.*

(263 P. 2d 212)

Opinion filed November 7, 1953.

No appearance made for the appellants.

*Harold R. Fatzer,* attorney general, and *Thomas M. Evans,* assistant attorney general, both argued the cause, and *Paul E. Wilson,* assistant attorney general, *Doral H. Hawks,* county attorney, and *Maurice D. Freidberg,* assistant county attorney, were with them on the briefs for the appellees.

The opinion of the court was delivered by

SMITH, J.: The judgment in this case is reversed in accordance with the views expressed in *State, ex rel., v. Molitor,* No. 39,273, this day decided.